IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>v.<br>JUSTIN TREANTON,        Defendant | 3_20_CR_93 |

## MOTION TO FILE SENTENCING MEMO UNDER SEAL

Comes now the Defendant, JUSTIN TREANTON, by and through counsel, Jack E. Dusthimer, and in support of the Motion states as follows:

1.      This Defendant, JUSTIN TREANTON, is being sentenced to CHILD PORNOGRAPHY PRODUCTION and other offenses, in violation of 18 USC 22551(a), 2251(e).

2.      Counsel for this Defendant, JUSTIN TREANTON, has prepared a Sentencing Memorandum - for the Court's consideration.

3.      Parts of the Sentencing Memorandum contain details which invade the privacy of the "victim(s)".  As such the Sentencing Memorandum should be filed under seal.

4.      The Government's Sentencing Memorandum was also filed under seal.

WHEREFORE, the Defendant, JUSTIN TREANTON, prays the Court enter an Order this Defendant's Sentencing Memorandum be filed under seal.

JUSTIN TREANTON, By,
**s/ Jack E. Dusthimer**
Jack E. Dusthimer Iowa Bar #000001356
Attorney for Defendant
1503 Brady Street
Davenport  Iowa  52803-4622
563.323.8344      FAX:563.323.7452
jdusthimer@yahoo.com, dusthimerlaw@gmail.com

Certificate of Service

I hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY - IOWA
QUAD CITY DIVISION OFFICE
U.S. COURTHOUSE, SUITE 310
DAVENPORT IA 52801

and I hereby certify that I have mailed a copy by United States Postal Service the document to the following non CM/ECF participants:
client

**s/ Jack E. Dusthimer**
Jack E. Dusthimer Iowa Bar #000001356
Attorney for Defendant
1503 Brady Street
Davenport  Iowa  52803-4622
563.323.8344 FAX 563.323.7452
jdusthimer@yahoo.com, dusthimerlaw@gmail.com